■ DEBORAH WILLIAMS, Respondent, v DAVID M. JAMES, M.D., et al., Defendants, and KALEIDA HEALTH SYSTEM, INC., et al., Appellants. [816 NYS2d 398]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered June 29, 2005 in a medical malpractice action. The order granted plaintiff's motion and directed the manner of service of the summons and complaint upon Béla Ajtai, M.D., sued herein as Béla Astai, M.D.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Green and Hayes, JJ.

■ In the Matter of BARBARA ALLEN-CLUKEY, Respondent, v JEFFERY PAULICK, Appellant. [816 NYS2d 397]—Appeal from an order of the Family Court, Livingston County (Gerard J. Alonzo, Jr., J.), entered May 5, 2005 in a proceeding pursuant to Family Court Act article 4. The order, among other things, determined that respondent willfully violated a prior order of child support and sentenced respondent to a term of imprisonment of six months.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Green and Hayes, JJ.